[If you need additional space for ANY section, please att 1:20-cv-05986
Judge John Z. Lee
Magistrate Judge Jeffrey T. Gilbert

Tammy Sneed
        Plaintiff        )
                         )        United States District Court
                         )        Northern District of Illinois
                         )
        v.               )
                         )        **RECEIVED**
T Mobile                 )
        Defendant        )        OCT -7 2020
432 E 162nd St,                   THOMAS G. BRUTON
South Holland IL 60473            CLERK, U.S. DISTRICT COURT

**COMPLAINT**

This complaint is to inform the courts that T Mobile have a code provided by Robert Reynolds, Michael Jordan, that was given to Vondell R Bush II and Tammy Sneed to operate with the codes given to Vondell R Bush II (I want to die) and the code given to Tammy Sneed (I Do not want to die)

The code was used to cause hot sensations, Audio investigations being conducted by Homeland, Behaviorial Centers etc.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]